# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2346
_____

United States of America

*Plaintiff - Appellee*

v.

Jaisaun Antonio Holt

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of North Dakota - Western

_____

Submitted: May 7, 2026
Filed: May 12, 2026
[Unpublished]

_____

Before BENTON, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Jaisaun Holt appeals the sentence imposed by the district court[1] after he pled guilty to drug offenses. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.

Holt argues the district court erred in treating his prior assault conviction as a career-offender predicate because he received the conviction pursuant to a nolo contendere plea. Holt's argument is foreclosed by this court's precedent. *See United States v. Harris*, 36 F.4th 827, 830 (8th Cir. 2022) (per curiam) (standard of review); *United States v. Grimes*, 702 F.3d 460, 470 (8th Cir. 2012) (conviction pursuant to plea of nolo contendere qualified as conviction for purpose of determining whether defendant was career offender under U.S.S.G. § 4B1.1). Further, the district court correctly determined that it need not address Holt's objections to various enhancements, because his career-offender status controlled his applicable offense level. *See* Fed. R. Crim. P. 32(i)(3)(B).

The judgment is affirmed.

_____